**CHRISTENSEN JAMES & MARTIN**
KEVIN B. CHRISTENSEN, ESQ. (Nevada Bar No. 000175)
Email: kbc@cjmlv.com
DARYL E. MARTIN, ESQ. (Nevada Bar No. 006735)
Email: dem@cjmlv.com
7440 W. Sahara Ave.
Las Vegas, NV 89117
Telephone (702) 255-1718
*Attorneys for Defendant UNITE HERE HEALTH*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \* \* \*

ERIC PALACIOS & ASSOCIATES, LTD., a
Nevada corporation,

                Plaintiff,

vs.

MARIA LUCIA MONTES ROJAS, an individual;
MEDICWEST AMBULANCE, INC., a Nevada
corporation; VALLEY HEALTH SYSTEM, LLC,
a Nevada limited liability company, dba VALLEY
HOSPITAL MEDICAL CENTER; SHADOW
EMERGENCY PHYSICIANS, PLLC, a Nevada
professional limited liability company;
AGATA/VENGER PARTNERSHIP, LLP, a
Nevada limited liability partnership dba
WESTERN REGIONAL CENTER FOR BRAIN &
SPINE SURGERY; THE NECK & BACK
CLINICS, LLP, a Nevada limited liability
partnership; JORGENSON & KOKA, LLP, a
Nevada limited liability partnership dba PRIMARY
CARE CONSULTANTS; LEO GERMIN, M.D., A
NEVADA PROFESSIONAL CORPORATION, a
Nevada professional corporation dba CLINICAL
NEUROLOGY SPECIALISTS; UNITE HERE
HEALTH, an unknown entity; COPPEL
MEDICAL ENTERPRISE, LLC, a Nevada limited
liability company; NEVADA COMPREHENSIVE
PAIN CENTER; ELLIS, BANDT, BIRKIN,
KOLLINS & WONG, PROF. CORP., a Nevada
professional corporation dba DESERT
RADIOLOGISTS; ANESTHESIA AND
INTENSIVE CARE SPECIALISTS, LLP, a
Nevada limited liability partnership, GARY J.
LATOURETTE, M.D., an individual;
KITTUSAMY, LLP, a Nevada limited liability
partnership dba LAS VEGAS RADIOLOGY;
WEST LAS VEGAS SURGERY CENTER, LLC,

Case No.

**DEFENDANT UNITE HERE
HEALTH'S NOTICE OF
REMOVAL**

**CHRISTENSEN JAMES & MARTIN**
7440 W. SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

1
2
3
4
5
6
7
8
9
10

a Nevada limited liability company dba MEDICAL
DISTRICT SURGERY CENTER; MCKESSON
CORPORATION, a Nevada corporation dba
MCKESSON HEALTH CARE; VENKAT
VEERAPPAN, M.D., an individual dba DESERT
NEUROLOGY; RADAR MEDICAL GROUP,
LLP, a Nevada limited liability partnership; NEW
CENTURY REHABILITATION, LLC, a Nevada
limited liability company dba MATT SMITH
PHYSICAL THERAPY; SURGICAL
ANESTHESIA SERVICES, LLP, a Nevada limited
liability partnership; THOMAS BROOKS, an
individual dba TOM BROOKS PHYSICAL
THERAPY & SPORTS MEDICINE;
UNIVERSITY MEDICAL CENTER, an unknown
entity; and DOES 1 through 10, inclusive,

Defendants,

11

12     To:     The Honorable Judges of the United States District Court for the District of Nevada

13     Defendant UNITE HERE HEALTH ("UHH"), also known as the Culinary Health Fund,

14 acting by and through its attorneys, Christensen James & Martin, does hereby give notice of its desire

15 to exercise its rights under the provisions of Title 28 U.S.C. §§ 1331, *et seq.*, and does hereby

16 remove this action from the Eighth Judicial District Court in and for Clark County, Nevada, in which

17 said action is now pending under Case No. A696258, to the United States District Court for the

18 District of Nevada, and for grounds in support hereof, while reserving the right to challenge the

19 sufficiency of service of process and to assert all procedural and substantive challenges, states as

20 follows:

21     1.     Case No. A696258 was commenced by the filing of a Complaint on February 17,

22 2014 naming Unite Here Health as a Defendant.

23     2.     UHH first received a copy of the Summons and Complaint on February 24, 2014.

24 This Petition is timely filed pursuant to the thirty (30) day requirement of 28 U.S.C. § 1446(b).

25     3.     Exhibit "A" attached hereto constitutes a true and correct copy of all state court

26 pleadings presently possessed by UHH.  Consistent with applicable rules, UHH will obtain and will

27 promptly file with this Court copies of all pleadings on file with the state court.

28     4.     In connection with its cause of action, Plaintiff has averred that Defendant MARIA

-2-

1  LUCIA MONTES ROJAS ("ROJAS") received Fifteen Thousand Dollars ($15,000.00) from a
2  tortfeasor or the insurer of a tortfeasor.  UHH is one of numerous persons (Defendants) who claim
3  a right to be paid out of the monies that the Plaintiff seeks to interplead.  At paragraph 30 of the
4  Complaint in Interpleader, Plaintiff alleges that it is unable to determine which of all the known
5  claims may take priority over any other claims.

6        5.      Based on the information found in the Complaint, information found in a written
7  Repayment Agreement dated September 4, 2012 that was executed by both ROJAS and by the
8  Plaintiff, and based on UHH's own internal records, UHH has determined that ROJAS received
9  accident benefits under UHH's welfare plan.  Consistent with the terms of the employee benefit plan
10 administered by UHH, and consistent with the written Repayment Agreement executed on
11 September 4, 2012, UHH paid medical expenses in the total sum of $15,147.24 for ROJAS relating
12 to the same injuries for which she was compensated by the tortfeasor or the insurer described above.

13       6.      This Case is removable to the District Courts of the United States pursuant to 28
14 U.S.C. § 1331 (federal question jurisdiction) under which United States District Courts "…have
15 original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United
16 States." Plaintiff's claim against UHH relates to monies owed by Plaintiff or others to UHH.  UHH
17 is a Taft-Hartley Employee Benefit Trust Fund whose affairs are governed by the Employee
18 Retirement Income Security Act of 1974, as amended [29 U.S.C. §1001 et seq.] ("ERISA").
19 Plaintiff's claim against UHH requires the interpretation of UHH's ERISA Plan Document, which
20 presents a federal question under § 502(a)(3) of ERISA [29 U.S.C. § 1132(a)(3)(B)(ii)] which statute
21 authorizes benefit plans, like the one administered by UHH, "to obtain...appropriate equitable
22 relief...to enforce...the terms of the plan."  *See Manufacturers Life Ins. Co. v. East Bay Restaurant*
23 *and Tavern Retirement*, 57 F.Supp.2d 921 (N.D.Cal.,1999) (ERISA plan regulation is exclusively
24 a federal concern); and *see Parker v. Ross*, 147 F.Supp.2d 1376 (M.D. Ga. 2001) (granting summary
25 judgment to ERISA Plan pursuant to the terms of its Plan Document in a lien adjudication
26 proceeding that was removed from state court).

27       7.      Under 29 U.S.C. § 1132(e)(1), the United States District Court is the only court that
28 may properly adjudicate all claims and issues raised by the Complaint in Interpleader as the courts

-3-

of the State of Nevada lack jurisdiction over the claim asserted by UHH to the interpleader proceeds. Because only this Court has the ability to accord complete relief to all parties, it is proper for this Court to determine all issues presented in this Case, even if Plaintiff's claim against UHH and UHH's expected counterclaims and cross-claims relating to the interpleader proceeds are the only claims that present federal questions. *See* generally 28 U.S.C. § 1441 and F.R.C.P. 19.

Dated this 28th day of February, 2014.

CHRISTENSEN JAMES & MARTIN

By:  ___*/s/ Daryl E. Martin*___
Daryl E. Martin, Esq.
Nevada Bar No. 006735
7440 W. Sahara Ave.
Las Vegas, Nevada 89117
*Attorneys for UNITE HERE HEALTH*

-4-

## CERTIFICATE OF SERVICE

I am over the age of 18, I am employed by and am readily familiar with the practices of Christensen James & Martin ("Firm").  I certify that on the date of filing of the foregoing papers with the Clerk of Court the Firm caused a true and correct file-stamped copy of the NOTICE OF REMOVAL to be served in the following manner:

☐   ELECTRONIC SERVICE:   Pursuant to LR 5-4 of the United States District Court for the District of Nevada, the above-referenced document was electronically filed and served on all parties through the Notice of Electronic Filing automatically generated by the Court, and by direct email generated by my office, sent to _____.

☒   UNITED STATES MAIL:   By depositing a true and correct copy of the above-referenced document into the United States Mail with prepaid first-class postage, addressed to counsel for the Plaintiff:

> KRISTINA R. WELLER
> 10040 W. Chevenne Ave., Suite 170-151
> Las Vegas, NV 89129

☐   OVERNIGHT COURIER:   By depositing a true and correct copy of the above-referenced document for overnight deliver via a nationally-recognized courier, addressed to the parties listed on the attached service list at their last-known mailing address.

☐   FACSIMILE:  By sending the above-referenced document via facsimile to those persons listed on the attached service list and with the set forth facsimile numbers.

CHRISTENSEN JAMES & MARTIN

By: ___/s/ Natalie Larson_____

# Exhibit "A"

# Exhibit "A"

# CIVIL COVER SHEET

A-14-696258-C
X

County, Nevada

Case No. _____
*(Assigned by Clerk's Office)*

## I. Party Information

| | |
|---|---|
| Plaintiff(s) (name/address/phone):<br>ERIC PALACIOS & ASSOCIATES, LTD., a Nevada corporation, | Defendant(s) (name/address/phone):<br>MARIA LUCIA MONTES ROJAS, et al. |
| Attorney (name/address/phone): Kristina R. Weller, Esq.<br>10040 W. Cheyenne Ave., #170-151<br>Las Vegas, NV 89129  702-825-0529 | Attorney (name/address/phone): |

## II. Nature of Controversy (Please check applicable bold category and applicable subcategory, if appropriate)

☐ **Arbitration Requested**

### Civil Cases

| Real Property | Torts | |
|---|---|---|
| ☐ **Landlord/Tenant** | *Negligence* | ☐ **Product Liability** |
| ☐ Unlawful Detainer | ☐ **Negligence – Auto** | ☐ Product Liability/Motor Vehicle |
| ☐ **Title to Property** | ☐ **Negligence – Medical/Dental** | ☐ Other Torts/Product Liability |
| ☐ Foreclosure | ☐ **Negligence – Premises Liability** | ☐ **Intentional Misconduct** |
| ☐ Liens | (Slip/Fall) | ☐ Torts/Defamation (Libel/Slander) |
| ☐ Quiet Title | ☐ **Negligence – Other** | ☐ Interfere with Contract Rights |
| ☐ Specific Performance | | ☐ **Employment Torts** (Wrongful termination) |
| ☐ **Condemnation/Eminent Domain** | | ☐ **Other Torts** |
| ☐ **Other Real Property** | | ☐ Anti-trust |
| ☐ Partition | | ☐ Fraud/Misrepresentation |
| ☐ Planning/Zoning | | ☐ Insurance |
| | | ☐ Legal Tort |
| | | ☐ Unfair Competition |

| Probate | Other Civil Filing Types | |
|---|---|---|
| **Estimated Estate Value:** _____ | ☐ **Construction Defect** | ☐ **Appeal from Lower Court** (*also check applicable civil case box*) |
| ☐ **Summary Administration** | ☐ Chapter 40 | ☐ Transfer from Justice Court |
| ☐ **General Administration** | ☐ General | ☐ Justice Court Civil Appeal |
| ☐ **Special Administration** | ☐ **Breach of Contract** | ☐ **Civil Writ** |
| ☐ **Set Aside Estates** | ☐ Building & Construction | ☐ Other Special Proceeding |
| ☐ **Trust/Conservatorships** | ☐ Insurance Carrier | ☐ **Other Civil Filing** |
| ☐ Individual Trustee | ☐ Commercial Instrument | ☐ Compromise of Minor's Claim |
| ☐ Corporate Trustee | ☐ Other Contracts/Acct/Judgment | ☐ Conversion of Property |
| ☐ **Other Probate** | ☐ Collection of Actions | ☐ Damage to Property |
| | ☐ Employment Contract | ☐ Employment Security |
| | ☐ Guarantee | ☐ Enforcement of Judgment |
| | ☐ Sale Contract | ☐ Foreign Judgment – Civil |
| | ☐ Uniform Commercial Code | ☐ Other Personal Property |
| | ☐ **Civil Petition for Judicial Review** | ☐ Recovery of Property |
| | ☐ Foreclosure Mediation | ☐ Stockholder Suit |
| | ☐ Other Administrative Law | ☑ Other Civil Matters |
| | ☐ Department of Motor Vehicles | |
| | ☐ Worker's Compensation Appeal | |

## III. Business Court Requested (Please check applicable category; *for Clark or Washoe Counties only.*)

| | | |
|---|---|---|
| ☐ NRS Chapters 78-88 | ☐ Investments (NRS 104 Art. 8) | ☐ Enhanced Case Mgmt/Business |
| ☐ Commodities (NRS 90) | ☐ Deceptive Trade Practices (NRS 598) | ☐ Other Business Court Matters |
| ☐ Securities (NRS 90) | ☐ Trademarks (NRS 600A) | |

| | |
|---|---|
| 1/17/2014 | *Kristina Weller* |
| Date | Signature of initiating party or representative |

*See other side for family-related case filings.*

Electronically Filed
02/17/2014 03:14:03 PM

**CLERK OF THE COURT**

**COMP**
KRISTINA R. WELLER, ESQ.
Nevada Bar No.: 007975
Kristina@WellerEsq.com
WELLER LAW
10040 W. Cheyenne Ave., Suite 170-151
Las Vegas, NV 89129
p: (702) 825-0529; f: (702) 965-2111
*Attorneys for Plaintiff*

**DISTRICT COURT**
**CLARK COUNTY, NEVADA**

ERIC PALACIOS & ASSOCIATES, LTD., a Nevada corporation,

　　　　　　　Plaintiff,

vs.

MARIA LUCIA MONTES ROJAS, an individual; MEDICWEST AMBULANCE, INC., a Nevada corporation; VALLEY HEALTH SYSTEM LLC a Nevada limited liability complaint dba VALLEY HOSPITAL MEDICAL CENTER; SHADOW EMERGENCY PHYSICIANS, PLLC, a Nevada professional limited liability company; AGATA/VENGER PARTNERSHIP, LLP, a Nevada limited liability partnership dba WESTERN REGIONAL CENTER FOR BRAIN & SPINE SURGERY; THE NECK & BACK CLINICS, LLP, a Nevada limited liability partnership; JORGENSON & KOKA, LLP, a Nevada limited liability partnership dba PRIMARY CARE CONSULTANTS; LEO GERMIN, M.D. A NEVADA PROFESSIONAL CORPORATION, a Nevada professional corporation dba CLINICAL NEUROLOGY SPECIALISTS; UNITE HERE HEALTH, an unknown entity; COPPEL MEDICAL ENTERPRISE LLC, a Nevada limited liability company dba NEVADA COMPREHENSIVE PAIN CENTER; ELLIS, BANDT, BIRKIN, KOLLINS, & WONG, PROF. CORP., a Nevada Professional Corporation dba DESERT RADIOLOGISTS; ANESTHESIA AND INTENSIVE CARE SPECIALISTS, LLP, a Nevada limited liability partnership; GARY J. LATOURETTE M.D., an individual; KITTUSAMY, LLP, a Nevada limited liability partnership dba LAS VEGAS RADIOLOGY; WEST LAS VEGAS SURGERY CENTER, LLC, a Nevada limited liability company dba MEDICAL DISTRICT SURGERY CENTER; MCKESSON CORPORATION, a Nevada corporation dba MCKESSON HEALTH CARE; VENKAT VEERAPPAN, M.D., an individual dba DESERT NEUROLOGY; RADAR MEDICAL GROUP, LLP a Nevada limited liability partnership; NEW CENTURY REHABILITATION, LLC, a Nevada limited liability

CASE NO.: A-14-696258-C
DEPT NO.: X

**COMPLAINT IN INTERPLEADER AND INITIAL APPEARANCE FEE DISCLOSURE**

*Exempt from Arbitration*
***ADR Rule 3A: Equitable Relief***

WELLER LAW
10040 W. CHEYENNE AVE., SUITE 170-151
LAS VEGAS, NEVADA 89129
P: (702) 825-0529 • F: (702) 965-2111

company dba MATT SMITH PHYSICAL THERAPY;
SURGICAL ANESTHESIA SERVICES, LLP, a
Nevada limited liability partnership; THOMAS
BROOKS, an individual, dba TOM BROOKS
PHYSICAL THERAPY & SPORTS MEDICINE;
UNIVERSITY MEDICAL CENTER, an unknown
entity; and DOES 1 through 10, inclusive,

Defendants.

Plaintiff, ERIC PALACIOS & ASSOCIATES, LTD. ("Palacios"), by and through its attorney, KRISTINA R. WELLER, ESQ., of the law firm WELLER LAW, alleges as follows:

1.     Plaintiff, Eric Palacios & Associates, Ltd., is and was at all times mentioned herein, a Nevada professional corporation, licensed and doing business in the County of Clark, State of Nevada.

2.     Upon information and belief, Defendant, Maria Lucia Montes Rojas, is an individual and is now, and at all times mentioned in this Complaint, a resident of the State of Nevada, County of Clark.

3.     Upon information and belief, Defendant, MEDICWEST AMBULANCE, INC., is a Nevada corporation, duly licensed and doing business in County of Clark, State of Nevada.

4.     Upon information and belief, Defendant, VALLEY HEALTH SYSTEM LLC, is a Nevada limited liability company and doing business in the County of Clark, State of Nevada and is now, and at all times mentioned in this Complaint, doing business in the County of Clark as VALLEY HOSPITAL MEDICAL CENTER.

5.     Upon information and belief, SHADOW EMERGENCY PHYSICIANS, PLLC, is a Nevada professional limited liability company duly licensed and doing business in County of Clark, State of Nevada.

6.     Upon information and belief, Defendant, AGATA/VENGER PARTNERSHIP, LLP, is a Nevada limited liability partnership and doing business in the County of Clark, State of Nevada and is now, and at all times mentioned in this Complaint, doing business in the County of Clark as WESTERN REGIONAL CENTER FOR BRAIN & SPINE SURGERY.

7.     Upon information and belief, Defendant, THE NECK & BACK CLINICS, LLP, is a Nevada limited liability partnership and doing business in the County of Clark, State of Nevada.

WELLER LAW
10040 W. CHEYENNE AVE., SUITE 170-151
LAS VEGAS, NEVADA 89129
P: (702) 825-0529 • F: (702) 965-2111

8.     Upon information and belief, Defendant, JORGENSON & KOKA, LLP, is a Nevada limited liability partnership and doing business in the County of Clark, State of Nevada and is now, and at all times mentioned in this Complaint, doing business in the County of Clark as PRIMARY CARE CONSULTANTS.

9.     Upon information and belief, Defendant, LEO GERMIN, M.D. A NEVADA PROFESSIONAL CORPORATION, is a Nevada corporation duly licensed and doing business in the County of Clark, State of Nevada and is now, and at all times mentioned in this Complaint, doing business in the County of Clark as CLINICAL NEUROLOGY SPECIALISTS.

10.     Upon information and belief, Defendant, UNITE HERE HEALTH, is an unknown entity duly licensed and doing business in the County of Clark, State of Nevada as a health insurance company, Culinary.

11.     Upon information and belief, Defendant, COPPEL MEDICAL ENTERPRISE LLC, is a Nevada limited liability company and doing business in the County of Clark, State of Nevada and is now, and at all times mentioned in this Complaint, doing business in the County of Clark as NEVADA COMPREHENSIVE PAIN CENTER.

12.     Upon information and belief, Defendant, ELLIS, BANDT, BIRKIN, KOLLINS, & WONG, PROF. CORP., is a Nevada professional corporation duly licensed and doing business in the County of Clark, State of Nevada and is now, and at all times mentioned in this Complaint, doing business in the County of Clark as DESERT RADIOLOGISTS.

13.     Upon information and belief, Defendant, ANESTHESIA AND INTENSIVE CARE SPECIALISTS, LLP, is a Nevada limited liability partnership and doing business in the County of Clark, State of Nevada.

14.     Upon information and belief, Defendant, GARY J. LATOURETTE M.D., is an individual and is now, and at all times mentioned in this Complaint, a resident of the State of Nevada, County of Clark.

15.     Upon information and belief, Defendant, KITTUSAMY, LLP, is a Nevada limited liability partnership and doing business in the County of Clark, State of Nevada and is now, and at

WELLER LAW
10040 W. CHEYENNE AVE., SUITE 170-151
LAS VEGAS, NEVADA 89129
P: (702) 825-0529 • F: (702) 965-2111

all times mentioned in this Complaint, doing business in the County of Clark as LAS VEGAS RADIOLOGY.

16.     Upon information and belief, Defendant, WEST LAS VEGAS SURGERY CENTER, LLC, is a Nevada limited liability company and doing business in the County of Clark, State of Nevada and is now, and at all times mentioned in this Complaint, doing business in the County of Clark as MEDICAL DISTRICT SURGERY CENTER.

17.     Upon information and belief, Defendant, MCKESSON CORPORATION, is a Nevada corporation duly licensed and doing business in the County of Clark, State of Nevada and is now, and at all times mentioned in this Complaint, doing business in the County of Clark as MCKESSON HEALTH CARE.

18.     Upon information and belief, Defendant, VENKAT VEERAPPAN, M.D., is an individual duly licensed and doing business in the County of Clark, State of Nevada and is now, and at all times mentioned in this Complaint, doing business in the County of Clark as DESERT NEUROLOGY.

19.     Upon information and belief, Defendant, RADAR MEDICAL GROUP, LLP, is a Nevada limited liability partnership duly licensed and doing business in the County of Clark, State of Nevada.

20.     Upon information and belief, Defendant, NEW CENTURY REHABILITATION, LLC, is a Nevada limited liability company duly licensed and doing business in the County of Clark, State of Nevada and is now, and at all times mentioned in this Complaint, doing business in the County of Clark as MATT SMITH PHYSICAL THERAPY.

21.     Upon information and belief, Defendant, SURGICAL ANESTHESIA SERVICES, LLP, a Nevada limited liability partnership duly licensed and doing business in the County of Clark, State of Nevada.

22.     Upon information and belief, Defendant, THOMAS BROOKS, is an individual duly licensed and doing business in the County of Clark, State of Nevada and is now, and at all times mentioned in this Complaint, doing business in the County of Clark as TOM BROOKS PHYSICAL THERAPY & SPORTS MEDICINE.

WELLER LAW
10040 W. CHEYENNE AVE., SUITE 170-151
LAS VEGAS, NEVADA 89129
P: (702) 825-0529 • F: (702) 965-2111

23.     Upon information and belief, Defendant, UNIVERSITY MEDICAL CENTER, is an unknown entity, duly licensed and doing business in the County of Clark, State of Nevada as a County Hospital.

24.     Upon information and belief, Defendant, Maria Lucia Montes Rojas, was represented by Plaintiff for personal injury claims in relation to an accident that occurred in Clark County, Nevada on or about July 25, 2012. Plaintiff's representation of Defendant, Maria Lucia Montes Rojas, required various attorney's tasks including accumulating medical and other records; analyzing those records; successfully negotiating settlement agreements and collecting the settlement monies; and now filing an interpleader action to ask this Court to distribute those monies.

25.     Defendant, Maria Lucia Montes Rojas's personal injury action was settled for a non-confidential amount of $15,000 which represents the policy limit for the third party tortfeasor. This amount was the negotiated settlement amount for Defendant, Maria Lucia Montes Rojas's injuries against the third party tortfeasor, and Plaintiff was her attorney of record.

26.     Upon information and belief, Defendant Medical Providers have claims and liens against the settlement as follows:

| | | |
|---|---|---|
| a. | Medicwest Ambulance, Inc. | 1,075.62 |
| b. | Valley Health System LLC dba Valley Hospital Medical Center | 250.00 |
| c. | Shadow Emergency Physicians, PLLC | 1,282.00 |
| d. | Agata/Venger Partnership, LLP dba Western Regional Center for Brain & Spine Surgery | 600.00 |
| e. | The Neck & Back Clinics, LLP | 9,430.00 |
| f. | Jorgenson & Koka, LLP dba Primary Care Consultants | 2,758.99 |
| g. | Leo Germin, M.D. A Nevada Professional Corporation dba Clinical Neurology Specialists | Unk |
| h. | Unite Here Health | 14,547.24 |
| i. | Coppel Medical Enterprise LLC dba Nevada Comprehensive Pain Center | Unk |
| j. | Ellis, Bandt, Birkin, Kollins, & Wong, Prof. Corp. dba Desert Radiologists | Unk |
| k. | Anesthesia and Intensive Care Specialists, LLP | Unk |

WELLER LAW
10040 W. CHEYENNE AVE., SUITE 170-151
LAS VEGAS, NEVADA 89129
P: (702) 825-0529 • F: (702) 965-2111

| l. | Gary J. LaTourette M.D. | Unk |
| m. | Kittusamy, LLP dba Las Vegas Radiology | Unk |
| n. | West Las Vegas Surgery Center, LLC dba Medical District Surgery Center | Unk |
| o. | McKesson Corporation dba McKesson Health Care | Unk |
| p. | Venkat Veerappan, M.D. dba Desert Neurology | 299.02 |
| q. | Radar Medical Group, LLP | Unk |
| r. | New Century Rehabilitation, LLC dba Matt Smith Physical Therapy | Unk |
| s. | Surgical Anesthesia Services, LLP | Unk |
| t. | Thomas Brooks dba Tom Brooks Physical Therapy & Sports Medicine | Unk |
| u. | University Medical Center | Unk |
| | ***Total*** | **$30,242.87** |

27.     Plaintiff paid $528.21 in litigation costs including $281.60 for the filing of this Complaint and will incur additional costs in the future as a result of this action.

28.     By Retainer Agreement, Maria Lucia Montes Rojas has agreed to pay a contingency fee from the settlement monies to Plaintiff at the rate of 33 1/3% for the total sum of $5,000 as and for attorney's fees, plus costs.

29.     Defendants do, or may assert multiple, conflicting claims to the above-described monies in an amount in excess of the limits recovered.

30.     The foregoing claims of Defendants are conflicting, and Plaintiff is unable to determine which of the respective claims is valid or to whom, if anyone, the money may be paid without risking double or multiple liability.

31.     The claims and debts asserted by lienholders are disputed, excessive, invalid and/or not related to the subject interpleader funds.

32.     Plaintiff has incurred and will incur costs and attorney fees in connection with these proceedings.

WHEREFORE, Plaintiff prays judgment against the Defendants, and each of them, as follows:

1.     Defendants be ordered to interplead and litigate their claims to the above-described money;

WELLER LAW

10040 W. Cheyenne Ave., Suite 170-151
Las Vegas, Nevada 89129
P: (702) 825-0529 • F: (702) 965-2111

2.      Plaintiff be permitted to litigate its claim to the above described money or liability to all of the named and un-named Defendants, DOES 1 through 10, and be otherwise discharged from all liability to all Defendants with respect to the above described money;

3.      Each of the Defendants be restrained until further order of this court from instituting or further prosecuting any other proceeding against Plaintiff or Defendant, Maria Lucia Montes Rojas in any court affecting the rights and obligations between the parties to this action;

4.      All debts owed to the Defendants be discharged in full from the interpleader funds available;

5.      Plaintiff be awarded costs and reasonable attorney fees to be determined by the court, from the sum of $15,000.00; and

6.      Other relief the court deems just and proper.

Dated this _17th_ day of February, 2014.

WELLER LAW

KRISTINA R. WELLER, ESQ.
Nevada Bar No. 007975

**INITIAL APPEARANCE FEE DISCLOSURE**

Pursuant to NRS Chapter 19, as amended by Senate Bill 106, filling fees are submitted for parties appearing in the above-entitled action indicated below:

ERIC PALACIOS & ASSOCIATES, LTD., a Nevada corporation,          270.00

**TOTAL REMITTED:**                                              **$270.00**

Dated this ___17th___day of February, 2014.

WELLER LAW

KRISTINA R. WELLER, ESQ.
Nevada Bar No. 007975

WELLER LAW
10040 W. CHEYENNE AVE., SUITE 170-151
LAS VEGAS, NEVADA 89129
P: (702) 825-0520 • F: (702) 965-2111

Page 8 of 8