**CHRISTENSEN JAMES & MARTIN**
KEVIN B. CHRISTENSEN, ESQ. (Nevada Bar No. 000175)
Email: kbc@cjmlv.com
DARYL E. MARTIN, ESQ. (Nevada Bar No. 006735)
Email: dem@cjmlv.com
7440 W. Sahara Ave.
Las Vegas, NV 89117
Telephone (702) 255-1718
*Attorneys for Defendant UNITE HERE HEALTH*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| ERIC PALACIOS & ASSOCIATES, LTD., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MARIA LUCIA MONTES ROJAS, an individual; MEDICWEST AMBULANCE, INC., a Nevada corporation; VALLEY HEALTH SYSTEM, LLC, a Nevada limited liability company, dba VALLEY HOSPITAL MEDICAL CENTER; SHADOW EMERGENCY PHYSICIANS, PLLC, a Nevada professional limited liability company; AGATA/VENGER PARTNERSHIP, LLP, a Nevada limited liability partnership dba WESTERN REGIONAL CENTER FOR BRAIN & SPINE SURGERY; THE NECK & BACK CLINICS, LLP, a Nevada limited liability partnership; JORGENSON & KOKA, LLP, a Nevada limited liability partnership dba PRIMARY CARE CONSULTANTS; LEO GERMIN, M.D., A NEVADA PROFESSIONAL CORPORATION, a Nevada professional corporation dba CLINICAL NEUROLOGY SPECIALISTS; UNITE HERE HEALTH, an unknown entity; COPPEL MEDICAL ENTERPRISE, LLC, a Nevada limited liability company; NEVADA COMPREHENSIVE PAIN CENTER; ELLIS, BANDT, BIRKIN, KOLLINS & WONG, PROF. CORP., a Nevada professional corporation dba DESERT RADIOLOGISTS; ANESTHESIA AND INTENSIVE CARE SPECIALISTS, LLP, a Nevada limited liability partnership, GARY J. LATOURETTE, M.D., an individual; KITTUSAMY, LLP, a Nevada limited liability partnership dba LAS VEGAS RADIOLOGY; WEST LAS VEGAS SURGERY CENTER, LLC, | Case No.<br><br>**DEFENDANT UNITE HERE HEALTH'S NOTICE OF REMOVAL** |

| | |
|---|---|
| 1 | a Nevada limited liability company dba MEDICAL DISTRICT SURGERY CENTER; MCKESSON CORPORATION, a Nevada corporation dba MCKESSON HEALTH CARE; VENKAT VEERAPPAN, M.D., an individual dba DESERT NEUROLOGY; RADAR MEDICAL GROUP, LLP, a Nevada limited liability partnership; NEW CENTURY REHABILITATION, LLC, a Nevada limited liability company dba MATT SMITH PHYSICAL THERAPY; SURGICAL ANESTHESIA SERVICES, LLP, a Nevada limited liability partnership; THOMAS BROOKS, an individual dba TOM BROOKS PHYSICAL THERAPY & SPORTS MEDICINE; UNIVERSITY MEDICAL CENTER, an unknown entity; and DOES 1 through 10, inclusive, |

Defendants,

To:   The Honorable Judges of the United States District Court for the District of Nevada

Defendant UNITE HERE HEALTH ("UHH"), also known as the Culinary Health Fund, acting by and through its attorneys, Christensen James & Martin, does hereby give notice of its desire to exercise its rights under the provisions of Title 28 U.S.C. §§ 1331, *et seq*., and does hereby remove this action from the Eighth Judicial District Court in and for Clark County, Nevada, in which said action is now pending under Case No. A696258, to the United States District Court for the District of Nevada, and for grounds in support hereof, while reserving the right to challenge the sufficiency of service of process and to assert all procedural and substantive challenges, states as follows:

1.   Case No. A696258 was commenced by the filing of a Complaint on February 17, 2014 naming Unite Here Health as a Defendant.

2.   UHH first received a copy of the Summons and Complaint on February 24, 2014. This Petition is timely filed pursuant to the thirty (30) day requirement of 28 U.S.C. § 1446(b).

3.   Exhibit "A" attached hereto constitutes a true and correct copy of all state court pleadings presently possessed by UHH. Consistent with applicable rules, UHH will obtain and will promptly file with this Court copies of all pleadings on file with the state court.

4.   In connection with its cause of action, Plaintiff has averred that Defendant MARIA

LUCIA MONTES ROJAS ("ROJAS") received Fifteen Thousand Dollars ($15,000.00) from a tortfeasor or the insurer of a tortfeasor. UHH is one of numerous persons (Defendants) who claim a right to be paid out of the monies that the Plaintiff seeks to interplead. At paragraph 30 of the Complaint in Interpleader, Plaintiff alleges that it is unable to determine which of all the known claims may take priority over any other claims.

5. Based on the information found in the Complaint, information found in a written Repayment Agreement dated September 4, 2012 that was executed by both ROJAS and by the Plaintiff, and based on UHH's own internal records, UHH has determined that ROJAS received accident benefits under UHH's welfare plan. Consistent with the terms of the employee benefit plan administered by UHH, and consistent with the written Repayment Agreement executed on September 4, 2012, UHH paid medical expenses in the total sum of $15,147.24 for ROJAS relating to the same injuries for which she was compensated by the tortfeasor or the insurer described above.

6. This Case is removable to the District Courts of the United States pursuant to 28 U.S.C. § 1331 (federal question jurisdiction) under which United States District Courts "…have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." Plaintiff's claim against UHH relates to monies owed by Plaintiff or others to UHH. UHH is a Taft-Hartley Employee Benefit Trust Fund whose affairs are governed by the Employee Retirement Income Security Act of 1974, as amended [29 U.S.C. §1001 et seq.] ("ERISA"). Plaintiff's claim against UHH requires the interpretation of UHH's ERISA Plan Document, which presents a federal question under § 502(a)(3) of ERISA [29 U.S.C. § 1132(a)(3)(B)(ii)] which statute authorizes benefit plans, like the one administered by UHH, "to obtain...appropriate equitable relief...to enforce...the terms of the plan." *See Manufacturers Life Ins. Co. v. East Bay Restaurant and Tavern Retirement*, 57 F.Supp.2d 921 (N.D.Cal.,1999) (ERISA plan regulation is exclusively a federal concern); and *see Parker v. Ross*, 147 F.Supp.2d 1376 (M.D. Ga. 2001) (granting summary judgment to ERISA Plan pursuant to the terms of its Plan Document in a lien adjudication proceeding that was removed from state court).

7. Under 29 U.S.C. § 1132(e)(1), the United States District Court is the only court that may properly adjudicate all claims and issues raised by the Complaint in Interpleader as the courts

of the State of Nevada lack jurisdiction over the claim asserted by UHH to the interpleader proceeds. Because only this Court has the ability to accord complete relief to all parties, it is proper for this Court to determine all issues presented in this Case, even if Plaintiff's claim against UHH and UHH's expected counterclaims and cross-claims relating to the interpleader proceeds are the only claims that present federal questions. *See* generally 28 U.S.C. § 1441 and F.R.C.P. 19.

Dated this 28th day of February, 2014.

CHRISTENSEN JAMES & MARTIN

By: */s/ Daryl E. Martin*
Daryl E. Martin, Esq.
Nevada Bar No. 006735
7440 W. Sahara Ave.
Las Vegas, Nevada 89117
*Attorneys for UNITE HERE HEALTH*

**CERTIFICATE OF SERVICE**

I am over the age of 18, I am employed by and am readily familiar with the practices of Christensen James & Martin ("Firm"). I certify that on the date of filing of the foregoing papers with the Clerk of Court the Firm caused a true and correct file-stamped copy of the NOTICE OF REMOVAL to be served in the following manner:

☐ ELECTRONIC SERVICE:   Pursuant to LR 5-4 of the United States District Court for the District of Nevada, the above-referenced document was electronically filed and served on all parties through the Notice of Electronic Filing automatically generated by the Court, and by direct email generated by my office, sent to _____.

☒ UNITED STATES MAIL:   By depositing a true and correct copy of the above-referenced document into the United States Mail with prepaid first-class postage, addressed to counsel for the Plaintiff:

>KRISTINA R. WELLER
>10040 W. Chevenne Ave., Suite 170-151
>Las Vegas, NV 89129

☐ OVERNIGHT COURIER:   By depositing a true and correct copy of the above-referenced document for overnight deliver via a nationally-recognized courier, addressed to the parties listed on the attached service list at their last-known mailing address.

☐ FACSIMILE: By sending the above-referenced document via facsimile to those persons listed on the attached service list and with the set forth facsimile numbers.

CHRISTENSEN JAMES & MARTIN

By: ___/s/ Natalie Larson___

# Exhibit "A"

# Exhibit "A"

# CIVIL COVER SHEET

A-14-696258-C  X

County, Nevada

Case No. _____
*(Assigned by Clerk's Office)*

## I. Party Information

**Plaintiff(s)** (name/address/phone):
ERIC PALACIOS & ASSOCIATES, LTD., a Nevada corporation,

**Attorney** (name/address/phone): Kristina R. Weller, Esq.
10040 W. Cheyenne Ave., #170-151
Las Vegas, NV 89129   702-825-0529

**Defendant(s)** (name/address/phone):
MARIA LUCIA MONTES ROJAS, et al.

**Attorney** (name/address/phone):

## II. Nature of Controversy (Please check applicable bold category and applicable subcategory, if appropriate)

☐ Arbitration Requested

### Civil Cases

#### Real Property

☐ **Landlord/Tenant**
  ☐ Unlawful Detainer
☐ **Title to Property**
  ☐ Foreclosure
  ☐ Liens
  ☐ Quiet Title
  ☐ Specific Performance
☐ **Condemnation/Eminent Domain**
☐ **Other Real Property**
  ☐ Partition
  ☐ Planning/Zoning

#### Torts

**Negligence**
☐ **Negligence -- Auto**
☐ **Negligence -- Medical/Dental**
☐ **Negligence -- Premises Liability**
  (Slip/Fall)
☐ **Negligence -- Other**

☐ **Product Liability**
  ☐ Product Liability/Motor Vehicle
  ☐ Other Torts/Product Liability
☐ **Intentional Misconduct**
  ☐ Torts/Defamation (Libel/Slander)
  ☐ Interfere with Contract Rights
☐ **Employment Torts** (Wrongful termination)
☐ **Other Torts**
  ☐ Anti-trust
  ☐ Fraud/Misrepresentation
  ☐ Insurance
  ☐ Legal Tort
  ☐ Unfair Competition

#### Probate

**Estimated Estate Value:** _____

☐ **Summary Administration**
☐ **General Administration**
☐ **Special Administration**
☐ **Set Aside Estates**
☐ **Trust/Conservatorships**
  ☐ Individual Trustee
  ☐ Corporate Trustee
☐ **Other Probate**

#### Other Civil Filing Types

☐ **Construction Defect**
  ☐ Chapter 40
  ☐ General
☐ **Breach of Contract**
  ☐ Building & Construction
  ☐ Insurance Carrier
  ☐ Commercial Instrument
  ☐ Other Contracts/Acct/Judgment
  ☐ Collection of Actions
  ☐ Employment Contract
  ☐ Guarantee
  ☐ Sale Contract
  ☐ Uniform Commercial Code
☐ **Civil Petition for Judicial Review**
  ☐ Foreclosure Mediation
  ☐ Other Administrative Law
  ☐ Department of Motor Vehicles
  ☐ Worker's Compensation Appeal

☐ **Appeal from Lower Court** *(also check applicable civil case box)*
  ☐ Transfer from Justice Court
  ☐ Justice Court Civil Appeal
☐ **Civil Writ**
  ☐ Other Special Proceeding
☐ **Other Civil Filing**
  ☐ Compromise of Minor's Claim
  ☐ Conversion of Property
  ☐ Damage to Property
  ☐ Employment Security
  ☐ Enforcement of Judgment
  ☐ Foreign Judgment -- Civil
  ☐ Other Personal Property
  ☐ Recovery of Property
  ☐ Stockholder Suit
  ☑ Other Civil Matters

## III. Business Court Requested (Please check applicable category; *for Clark or Washoe Counties only.*)

☐ NRS Chapters 78-88
☐ Commodities (NRS 90)
☐ Securities (NRS 90)

☐ Investments (NRS 104 Art. 8)
☐ Deceptive Trade Practices (NRS 598)
☐ Trademarks (NRS 600A)

☐ Enhanced Case Mgmt/Business
☐ Other Business Court Matters

1/17/2014
Date

*/s/ Kristina Weller*
Signature of initiating party or representative

*See other side for family-related case filings.*

Electronically Filed
02/17/2014 03:14:03 PM

CLERK OF THE COURT

**COMP**
KRISTINA R. WELLER, ESQ.
Nevada Bar No.: 007975
Kristina@WellerEsq.com
WELLER LAW
10040 W. Cheyenne Ave., Suite 170-151
Las Vegas, NV 89129
p: (702) 825-0529; f: (702) 965-2111
*Attorneys for Plaintiff*

## DISTRICT COURT
## CLARK COUNTY, NEVADA

ERIC PALACIOS & ASSOCIATES, LTD., a Nevada corporation,

          Plaintiff,

vs.

MARIA LUCIA MONTES ROJAS, an individual; MEDICWEST AMBULANCE, INC., a Nevada corporation; VALLEY HEALTH SYSTEM LLC a Nevada limited liability complaint dba VALLEY HOSPITAL MEDICAL CENTER; SHADOW EMERGENCY PHYSICIANS, PLLC, a Nevada professional limited liability company; AGATA/VENGER PARTNERSHIP, LLP, a Nevada limited liability partnership dba WESTERN REGIONAL CENTER FOR BRAIN & SPINE SURGERY; THE NECK & BACK CLINICS, LLP, a Nevada limited liability partnership; JORGENSON & KOKA, LLP, a Nevada limited liability partnership dba PRIMARY CARE CONSULTANTS; LEO GERMIN, M.D. A NEVADA PROFESSIONAL CORPORATION, a Nevada professional corporation dba CLINICAL NEUROLOGY SPECIALISTS; UNITE HERE HEALTH, an unknown entity; COPPEL MEDICAL ENTERPRISE LLC, a Nevada limited liability company dba NEVADA COMPREHENSIVE PAIN CENTER; ELLIS, BANDT, BIRKIN, KOLLINS, & WONG, PROF. CORP., a Nevada Professional Corporation dba DESERT RADIOLOGISTS; ANESTHESIA AND INTENSIVE CARE SPECIALISTS, LLP, a Nevada limited liability partnership; GARY J. LATOURETTE M.D., an individual; KITTUSAMY, LLP, a Nevada limited liability partnership dba LAS VEGAS RADIOLOGY; WEST LAS VEGAS SURGERY CENTER, LLC, a Nevada limited liability company dba MEDICAL DISTRICT SURGERY CENTER; MCKESSON CORPORATION, a Nevada corporation dba MCKESSON HEALTH CARE; VENKAT VEERAPPAN, M.D., an individual dba DESERT NEUROLOGY; RADAR MEDICAL GROUP, LLP a Nevada limited liability partnership; NEW CENTURY REHABILITATION, LLC, a Nevada limited liability

CASE NO.: A-14-696258-C
DEPT NO.:   X

**COMPLAINT IN INTERPLEADER AND INITIAL APPEARANCE FEE DISCLOSURE**

*Exempt from Arbitration*
***ADR Rule 3A: Equitable Relief***

Page 1 of 8

company dba MATT SMITH PHYSICAL THERAPY; SURGICAL ANESTHESIA SERVICES, LLP, a Nevada limited liability partnership; THOMAS BROOKS, an individual, dba TOM BROOKS PHYSICAL THERAPY & SPORTS MEDICINE; UNIVERSITY MEDICAL CENTER, an unknown entity; and DOES 1 through 10, inclusive,

Defendants.

Plaintiff, ERIC PALACIOS & ASSOCIATES, LTD. ("Palacios"), by and through its attorney, KRISTINA R. WELLER, ESQ., of the law firm WELLER LAW, alleges as follows:

1. Plaintiff, Eric Palacios & Associates, Ltd., is and was at all times mentioned herein, a Nevada professional corporation, licensed and doing business in the County of Clark, State of Nevada.

2. Upon information and belief, Defendant, Maria Lucia Montes Rojas, is an individual and is now, and at all times mentioned in this Complaint, a resident of the State of Nevada, County of Clark.

3. Upon information and belief, Defendant, MEDICWEST AMBULANCE, INC., is a Nevada corporation, duly licensed and doing business in County of Clark, State of Nevada.

4. Upon information and belief, Defendant, VALLEY HEALTH SYSTEM LLC, is a Nevada limited liability company and doing business in the County of Clark, State of Nevada and is now, and at all times mentioned in this Complaint, doing business in the County of Clark as VALLEY HOSPITAL MEDICAL CENTER.

5. Upon information and belief, SHADOW EMERGENCY PHYSICIANS, PLLC, is a Nevada professional limited liability company duly licensed and doing business in County of Clark, State of Nevada.

6. Upon information and belief, Defendant, AGATA/VENGER PARTNERSHIP, LLP, is a Nevada limited liability partnership and doing business in the County of Clark, State of Nevada and is now, and at all times mentioned in this Complaint, doing business in the County of Clark as WESTERN REGIONAL CENTER FOR BRAIN & SPINE SURGERY.

7. Upon information and belief, Defendant, THE NECK & BACK CLINICS, LLP, is a Nevada limited liability partnership and doing business in the County of Clark, State of Nevada.

8. Upon information and belief, Defendant, JORGENSON & KOKA, LLP, is a Nevada limited liability partnership and doing business in the County of Clark, State of Nevada and is now, and at all times mentioned in this Complaint, doing business in the County of Clark as PRIMARY CARE CONSULTANTS.

9. Upon information and belief, Defendant, LEO GERMIN, M.D. A NEVADA PROFESSIONAL CORPORATION, is a Nevada corporation duly licensed and doing business in the County of Clark, State of Nevada and is now, and at all times mentioned in this Complaint, doing business in the County of Clark as CLINICAL NEUROLOGY SPECIALISTS.

10. Upon information and belief, Defendant, UNITE HERE HEALTH, is an unknown entity duly licensed and doing business in the County of Clark, State of Nevada as a health insurance company, Culinary.

11. Upon information and belief, Defendant, COPPEL MEDICAL ENTERPRISE LLC, is a Nevada limited liability company and doing business in the County of Clark, State of Nevada and is now, and at all times mentioned in this Complaint, doing business in the County of Clark as NEVADA COMPREHENSIVE PAIN CENTER.

12. Upon information and belief, Defendant, ELLIS, BANDT, BIRKIN, KOLLINS, & WONG, PROF. CORP., is a Nevada professional corporation duly licensed and doing business in the County of Clark, State of Nevada and is now, and at all times mentioned in this Complaint, doing business in the County of Clark as DESERT RADIOLOGISTS.

13. Upon information and belief, Defendant, ANESTHESIA AND INTENSIVE CARE SPECIALISTS, LLP, is a Nevada limited liability partnership and doing business in the County of Clark, State of Nevada.

14. Upon information and belief, Defendant, GARY J. LATOURETTE M.D., is an individual and is now, and at all times mentioned in this Complaint, a resident of the State of Nevada, County of Clark.

15. Upon information and belief, Defendant, KITTUSAMY, LLP, is a Nevada limited liability partnership and doing business in the County of Clark, State of Nevada and is now, and at

all times mentioned in this Complaint, doing business in the County of Clark as LAS VEGAS RADIOLOGY.

16. Upon information and belief, Defendant, WEST LAS VEGAS SURGERY CENTER, LLC, is a Nevada limited liability company and doing business in the County of Clark, State of Nevada and is now, and at all times mentioned in this Complaint, doing business in the County of Clark as MEDICAL DISTRICT SURGERY CENTER.

17. Upon information and belief, Defendant, MCKESSON CORPORATION, is a Nevada corporation duly licensed and doing business in the County of Clark, State of Nevada and is now, and at all times mentioned in this Complaint, doing business in the County of Clark as MCKESSON HEALTH CARE.

18. Upon information and belief, Defendant, VENKAT VEERAPPAN, M.D., is an individual duly licensed and doing business in the County of Clark, State of Nevada and is now, and at all times mentioned in this Complaint, doing business in the County of Clark as DESERT NEUROLOGY.

19. Upon information and belief, Defendant, RADAR MEDICAL GROUP, LLP, is a Nevada limited liability partnership duly licensed and doing business in the County of Clark, State of Nevada.

20. Upon information and belief, Defendant, NEW CENTURY REHABILITATION, LLC, is a Nevada limited liability company duly licensed and doing business in the County of Clark, State of Nevada and is now, and at all times mentioned in this Complaint, doing business in the County of Clark as MATT SMITH PHYSICAL THERAPY.

21. Upon information and belief, Defendant, SURGICAL ANESTHESIA SERVICES, LLP, a Nevada limited liability partnership duly licensed and doing business in the County of Clark, State of Nevada.

22. Upon information and belief, Defendant, THOMAS BROOKS, is an individual duly licensed and doing business in the County of Clark, State of Nevada and is now, and at all times mentioned in this Complaint, doing business in the County of Clark as TOM BROOKS PHYSICAL THERAPY & SPORTS MEDICINE.

23. Upon information and belief, Defendant, UNIVERSITY MEDICAL CENTER, is an unknown entity, duly licensed and doing business in the County of Clark, State of Nevada as a County Hospital.

24. Upon information and belief, Defendant, Maria Lucia Montes Rojas, was represented by Plaintiff for personal injury claims in relation to an accident that occurred in Clark County, Nevada on or about July 25, 2012. Plaintiff's representation of Defendant, Maria Lucia Montes Rojas, required various attorney's tasks including accumulating medical and other records; analyzing those records; successfully negotiating settlement agreements and collecting the settlement monies; and now filing an interpleader action to ask this Court to distribute those monies.

25. Defendant, Maria Lucia Montes Rojas's personal injury action was settled for a non-confidential amount of $15,000 which represents the policy limit for the third party tortfeasor. This amount was the negotiated settlement amount for Defendant, Maria Lucia Montes Rojas's injuries against the third party tortfeasor, and Plaintiff was her attorney of record.

26. Upon information and belief, Defendant Medical Providers have claims and liens against the settlement as follows:

| | | |
|---|---|---|
| a. | Medicwest Ambulance, Inc. | 1,075.62 |
| b. | Valley Health System LLC dba Valley Hospital Medical Center | 250.00 |
| c. | Shadow Emergency Physicians, PLLC | 1,282.00 |
| d. | Agata/Venger Partnership, LLP dba Western Regional Center for Brain & Spine Surgery | 600.00 |
| e. | The Neck & Back Clinics, LLP | 9,430.00 |
| f. | Jorgenson & Koka, LLP dba Primary Care Consultants | 2,758.99 |
| g. | Leo Germin, M.D. A Nevada Professional Corporation dba Clinical Neurology Specialists | Unk |
| h. | Unite Here Health | 14,547.24 |
| i. | Coppel Medical Enterprise LLC dba Nevada Comprehensive Pain Center | Unk |
| j. | Ellis, Bandt, Birkin, Kollins, & Wong, Prof. Corp. dba Desert Radiologists | Unk |
| k. | Anesthesia and Intensive Care Specialists, LLP | Unk |

| | | |
|---|---|---|
| l. | Gary J. LaTourette M.D. | Unk |
| m. | Kittusamy, LLP dba Las Vegas Radiology | Unk |
| n. | West Las Vegas Surgery Center, LLC dba Medical District Surgery Center | Unk |
| o. | McKesson Corporation dba McKesson Health Care | Unk |
| p. | Venkat Veerappan, M.D. dba Desert Neurology | 299.02 |
| q. | Radar Medical Group, LLP | Unk |
| r. | New Century Rehabilitation, LLC dba Matt Smith Physical Therapy | Unk |
| s. | Surgical Anesthesia Services, LLP | Unk |
| t. | Thomas Brooks dba Tom Brooks Physical Therapy & Sports Medicine | Unk |
| u. | University Medical Center | Unk |
| | **Total** | **$30,242.87** |

27. Plaintiff paid $528.21 in litigation costs including $281.60 for the filing of this Complaint and will incur additional costs in the future as a result of this action.

28. By Retainer Agreement, Maria Lucia Montes Rojas has agreed to pay a contingency fee from the settlement monies to Plaintiff at the rate of 33 1/3% for the total sum of $5,000 as and for attorney's fees, plus costs.

29. Defendants do, or may assert multiple, conflicting claims to the above-described monies in an amount in excess of the limits recovered.

30. The foregoing claims of Defendants are conflicting, and Plaintiff is unable to determine which of the respective claims is valid or to whom, if anyone, the money may be paid without risking double or multiple liability.

31. The claims and debts asserted by lienholders are disputed, excessive, invalid and/or not related to the subject interpleader funds.

32. Plaintiff has incurred and will incur costs and attorney fees in connection with these proceedings.

WHEREFORE, Plaintiff prays judgment against the Defendants, and each of them, as follows:

1. Defendants be ordered to interplead and litigate their claims to the above-described money;

2.   Plaintiff be permitted to litigate its claim to the above described money or liability to all of the named and un-named Defendants, DOES 1 through 10, and be otherwise discharged from all liability to all Defendants with respect to the above described money;

3.   Each of the Defendants be restrained until further order of this court from instituting or further prosecuting any other proceeding against Plaintiff or Defendant, Maria Lucia Montes Rojas in any court affecting the rights and obligations between the parties to this action;

4.   All debts owed to the Defendants be discharged in full from the interpleader funds available;

5.   Plaintiff be awarded costs and reasonable attorney fees to be determined by the court, from the sum of $15,000.00; and

6.   Other relief the court deems just and proper.

Dated this  17th  day of February, 2014.

WELLER LAW

*/s/ Kristina Weller*

KRISTINA R. WELLER, ESQ.
Nevada Bar No. 007975

## INITIAL APPEARANCE FEE DISCLOSURE

Pursuant to NRS Chapter 19, as amended by Senate Bill 106, filling fees are submitted for parties appearing in the above-entitled action indicated below:

ERIC PALACIOS & ASSOCIATES, LTD., a Nevada corporation,         270.00

**TOTAL REMITTED:**         **$270.00**

Dated this __17th__ day of February, 2014.

WELLER LAW

_____
KRISTINA R. WELLER, ESQ.
Nevada Bar No. 007975

Page 8 of 8