UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ERIC PALACIOS & ASSOCIATES, LTD., | Case No. 2:14-cv-00324-JCM-PAL |
| Plaintiff, | ORDER |
| v. | |
| MARIA LUCIA MONTES ROJAS, et al., | |
| Defendants. | |

This matter is before the court on Plaintiff's failure to file a Certificate as to Interested Parties as required by LR 7.1-1. The Complaint in this matter was filed in state court and removed to Federal District Court (Dkt. #1) February 28, 2014. The first Answer (Dkt. #33) was filed April 11, 2014, by Defendant United Here Health. LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except *habeas corpus* cases) *pro se* litigants and counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case. LR 7.1-1(b) further states that if there are no known interested parties, other than those participating in the case, a statement to that effect must be filed. Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires. To date, Plaintiff has failed to comply. Accordingly,

**IT IS ORDERED** Plaintiff shall file its Certificate as to Interested Parties, which fully

/ / /

/ / /

/ / /

/ / /

complies with LR 7.1-1 **no later than 4:00 p.m., May 7, 2014.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 23rd day of April, 2014.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE